APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS



Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Tony Scutsky
(Please print)

STREET ADDRESS: 1150 W 15th ST #202

CITY/STATE/ZIP: CHICAGO IL 60608

PHONE NUMBER: 224-321-7220

CASE NUMBER: 08CV3743
JUDGE NORGLE
MAGISTRATE JUDGE VALDEZ

Signature: Tony Slutsh

Date: 07-01-2008

FILED
JUL 01 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Guide to Civil Cases for Litigants Without Lawyers: Page 29)