UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

**INFORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

FILED
JUL 0 1 2008
JUL 01 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff: Tony Slutsky

v.

Defendant(s): Empire Today Inc

CASE NUMBER: 08CV3743
JUDGE NORGLE
MAGISTRATE JUDGE VALDEZ

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Tony Slutsky, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐Yes   ☒No   (If "No," go to Question 2)
   I.D. # _____   Name of prison or jail: _____
   Do you receive any payment from the institution?  ☐Yes  ☒No  Monthly amount: _____

2. Are you currently employed?   ☒Yes   ☐No
   Monthly salary or wages: 1800
   Name and address of employer: Rainbow Playsystem, 550 W 79th St Willowbrook IL 60527

   a. If the answer is "No":
      Date of last employment: _____
      Monthly salary or wages: _____
      Name and address of last employer: _____

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages       ☒Yes   ☐No
      Amount: 5000    Received by: Marshall Slutsky  Brother

   b. ☐ Business, ☐ profession or ☐ other self-employment   ☐Yes   ☒No

(Guide to Civil Cases for Litigants Without Lawyers: P. _____)

Amount _____ Received by _____

c.  ☐ Rent payments, ☐ interest or ☐ dividends     ☐Yes     ☒No
Amount _____ Received by _____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☒ welfare, ☐ alimony or maintenance or ☐ child support
     ☒Yes     ☒No
Amount $100 _____ Received by Tony Slutsky _____

e.  ☐ Gifts or ☐ inheritances     ☐Yes     ☒No
Amount _____ Received by _____

f.  ☐ Any other sources (state source: _____)     ☐Yes     ☒No
Amount _____ Received by _____

4.  Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?     ☒Yes     ☐No     Total amount: 10,000
    In whose name held: MARSHALL     Relationship to you: BROTHER

5.  Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?     ☒Yes     ☐No
    Property: STOCKS     Current Value: UNK
    In whose name held: MARSHALL SLUTSKY   Relationship to you: BROTHER

6.  Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?     ☒Yes     ☐No
    Address of property: 1150 W 15N ST 202 CHICAGO ILL 60608
    Type of property: CONDO     Current value: 350,000
    In whose name held: MARSHALL SLUTSKY   Relationship to you: BROTHER
    Amount of monthly mortgage or loan payments: 236.00 + 350 ASSESSMENT
    Name of person making payments: MARSHALL SLUTSKY

7.  Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
     ☒Yes     ☐No
    Property: MERCURY GRAND MAR I
    Current value: 11,000
    In whose name held: TONY SLUTSK / CHASE BANK     Relationship to you: _____

8.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents

_____
_____

(Guide to Civil Cases for Litigants Without Lawyers: Page 41)

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 7-1-08

_____
(Signature of Applicant)

Tony Slutsky
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $_____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then divide by number of months).

_____          _____
DATE                                SIGNATURE OF AUTHORIZED OFFICER

                                    _____
                                    (Print name)