# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3743 | **DATE** | 7/7/2008 |
| **CASE TITLE** | Slutsky vs. Empire Today, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's Application to Proceed in Forma Pauperis [4] is denied. Plaintiff indicates that he earns $1,600 per month in wages. Plaintiff's Motion for Appointment of Counsel [5] is denied at this time. The court may revisit the issue of appointed counsel after the Defendant has answered or otherwise pled.

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|
| U.S. DISTRICT COURT CLERK | | |

2008 JUL -7 PM 4:46

FILED-EB