10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED

JUL 1 5 2008
Jul 15, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

__Tony Slutsky__
　　Plaintiff

v.

__Empire Today LLC__
　　Defendant(s)

CASE NUMBER __08CV3743__

JUDGE __NORGLE__

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:
I, __Tony Slutsky__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?　　☐Yes　　☒No　　(If "No," go to Question 2)
   I.D. # _____ Name of prison or jail: _____
   Do you receive any payment from the institution? ☐Yes ☐No Monthly amount: _____

2. Are you currently employed?　　☐Yes　　☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: __06-30-08__
      Monthly salary or wages: __$1600__
      Name and address of last employer: __Rainbow Play Systems 300 Corporate Woods Pkwy Vernon Hills IL 60061__

   b. Are you married?　　☐Yes　　☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages　　　　　　　　　　　　　　　　　　　　☒Yes　　☐No
      Amount __$5000__ Received by __Marshall Slutsky__

b.  ☐ Business, ☐ profession or ☐ other self-employment ☐ Yes ☒ No
Amount _____ Received by _____

c.  ☐ Rent payments, ☐ interest or ☐ dividends ☐ Yes ☒ No
Amount _____ Received by _____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☒ welfare, ☐ alimony or maintenance or ☐ child support
☒ Yes   ☐ No
Amount _$900_____ Received by _Tony Slutsky_

e.  ☐ Gifts or ☐ inheritances ☐ Yes ☒ No
Amount _____ Received by _____

f.  ☐ Any other sources (state source: _____) ☐ Yes ☒ No
Amount _____ Received by _____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☒ Yes ☐ No   Total amount: _10,000_
In whose name held: _MARSHALL SLUTSKY_ Relationship to you: _BROTHER_

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☒ Yes ☐ No
Property: _STOCKS_  Current Value: _UNK_
In whose name held: _MARSHALL SLUTSKY_ Relationship to you: _BROTHER_

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☒ Yes ☐ No
Address of property: _1150 W 15TH ST CHICAGO IL 60608 #R02_
Type of property: _Condo_  Current value: _350,000_
In whose name held: _MARSHALL SLUTSKY_ Relationship to you: _BROTHER_
Amount of monthly mortgage or loan payments: _236 + 250 Assessment_
Name of person making payments: _MARSHALL SLUTSKY_

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
☒ Yes ☐ No
Property: _MERCURY GRAND MARQUIS_
Current value: _1,000_
In whose name held: _Tony Slutsky/Chase Bank_ Relationship to you: _ME_

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 7-15-08

_Signature of Applicant_

Tony Slutsky
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $_____ on account to his/her credit at (name of institution) _____.

I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.

(Add all deposits from all sources and then divide by number of months).

_____          _____
DATE                                SIGNATURE OF AUTHORIZED OFFICER

_____
(Print name)

rev. 10/10/2007