

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Tony Scutsky

**FILED**
JUL 15 2008
JUL 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

V.

Case Number: 08CV3743

Judge: NORGLE

Defendant(s) EMPIRE TODAY INC

)

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1.  I, Tony Scutsky ,declare that I am the (check appropriate box)
    [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.  In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:
    I CALLED NUMEROUS ATTORNEYS AND COULD NOT FIND ONE THAT WOULD TAKE LESS THAN $5000 RETAINER AT PRESENT I AM UNEMPLOYED + LIVING WITH MY BROTHER

3.  In further support of my motion, I declare that (check appropriate box):
    [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

    [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4.  In further support of my motion, I declare that (check appropriate box):
    [ ] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

    [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

    [✓] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5.  I declare under penalty that the foregoing is true and correct.

_Tony Slutsky_           1150 W 15th ST #202
Movant's Signature       Street Address

7-15-08                  CHICAGO IL 60608
Date                     City, State, ZIP