Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3743 | **DATE** | 8/11/2008 |
| **CASE TITLE** | Slutsky vs. Empire Today | | |

**DOCKET ENTRY TEXT**

Plaintiff's second Application to Proceed in Forma Pauperus [7] is denied. Plaintiff indicates that he lives with his brother, who earns $5,000 per month and owns a $350,000 condominium. Plaintiff's Motion for Appointment of Counsel [8] is denied at this time. The court may reconsider the issue of appointed counsel after Defendant has answered or otherwise pled. The court will not reconsider the issue of whether Plaintiff may proceed in Forma Pauperis. If Plaintiff has not paid the filing fee by September 15, 2008, the court will dismiss this case pursuant to Local Rule 3.3(e).

*Charles Norgle* [signature]

Docketing to mail notices.

Courtroom Deputy Initials: